IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ELMER BAKER,<br><br>Plaintiff,<br><br>v.<br><br>CDCR-CSP-SOLANO, et al.<br><br>Defendants. | No. C 15-02038 HRL (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against prison officials for unconstitutional acts which took place at California State Prison - Solano in Vacaville, CA. (Docket No. 1.) Because the acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: __6/5/15__

HOWARD R. LLOYD
United States Magistrate Judge

Order of Transfer
P:\PRO-SE\HRL\CR.15\02038Baker_transfer CAED.wpd